# EXHIBIT A





PISTOL EXPERT

8TH AWARD

