# EXHIBIT B



*Maryland's First*
*Nationally Accredited*
*Sheriff's Office*



50 Maryland Avenue
Rockville, Md. 20850
240-777-7000
240-777-7148 Fax

**SHERIFF DARREN M. POPKIN**

# Montgomery County Sheriff's Office - Estimates of

Extreme Risk Protective Orders - Md. Code, Public Safety Article §5-601 - 610

**Quarterly ERPO Statistics - as of 8/05/2019

| | | 10/1/2018 to 12/31/2018 | 1/1/2019 to 3/31/2019 | 4/1/2019 to 6/30/2019 | 7/1/2019 to 7/31/2019 | Cumulative 10/1/2018 to 7/31/2019 |
|---|---|---|---|---|---|---|
| Total | | **272** | **215** | **211** | **90** | **788** |
| 1. County | Census* | | | | | |
| a. Allegany | 71,615 | 10 | 6 | 3 | 0 | 19 |
| b. Anne Arundel | 573,235 | 41 | 25 | 41 | 21 | 128 |
| c. Baltimore City | 611,648 | 10 | 3 | 11 | 5 | 29 |
| d. Baltimore County | 832,468 | 37 | 37 | 29 | 15 | 118 |
| e. Calvert | 91,502 | 3 | 2 | 4 | 1 | 10 |
| f. Caroline | 33,193 | 0 | 1 | 1 | 0 | 2 |
| g. Carroll | 167,781 | 10 | 11 | 7 | 4 | 32 |
| h. Cecil | 102,746 | 5 | 7 | 7 | 5 | 24 |
| i. Charles | 159,700 | 14 | 8 | 7 | 5 | 34 |
| j. Dorchester | 32,162 | 1 | 2 | 0 | 0 | 3 |
| k. Frederick | 252,022 | 15 | 11 | 4 | 0 | 30 |
| l. Garrett | 29,233 | 9 | 2 | 4 | 0 | 15 |
| m. Harford | 252,160 | 32 | 25 | 10 | 3 | 70 |
| n. Howard | 321,113 | 6 | 7 | 8 | 1 | 22 |
| o. Kent | 19,384 | 0 | 0 | 0 | 0 | 0 |
| p. Montgomery | 1,058,810 | 17 | 17 | 21 | 7 | 62 |
| q. Prince George's | 912,756 | 28 | 22 | 21 | 13 | 84 |
| r. Queen Anne's | 49,770 | 1 | 3 | 9 | 5 | 18 |
| s. St. Mary's | 25,918 | 11 | 6 | 5 | 0 | 22 |
| t. Somerset | 112,667 | 3 | 6 | 4 | 1 | 14 |
| u. Talbot | 37,103 | 0 | 1 | 2 | 0 | 3 |
| v. Washington | 150,578 | 7 | 5 | 8 | 2 | 22 |
| w. Wicomico | 102,923 | 9 | 5 | 4 | 1 | 19 |
| x. Worcester | 51,690 | 3 | 3 | 1 | 1 | 8 |
| **TOTAL** | **6,052,177** | **272** | **215** | **211** | **90** | **788** |

|  |  | 10/1/2018 to 12/31/2018 | 1/1/2019 to 3/31/2019 | 4/1/2019 to 6/30/2019 | 7/1/2019 to 7/31/2019 | Cumulative 10/1/2018 to 7/31/2019 |
|---|---|---|---|---|---|---|
| 2.   Current Status by Disposition |  |  |  |  |  |  |
| a.   Granted |  | 116 | 116 | 120 | 49 | 401 |
| b.   Denied |  | 84 | 62 | 49 | 25 | 220 |
| c.   Dismissed (FTA) |  | 67 | 35 | 40 | 14 | 156 |
| d.   Appealled |  | 4 | 1 | 2 | 1 | 8 |
| e.   Rescinded |  | 1 | 0 | 0 | 1 | 2 |
| f.   Transferred |  |  | 1 | 0 |  | 1 |
| **TOTAL** |  | **272** | **215** | **211** | **90** | **788** |

Bruce P. Sherman

https://opendata.maryland.gov/Demographic/Choose-Maryland-Compare-Counties-Demographics/pa7d-u6hs/data

   Choose Maryland: Compare Counties - Demographics

** Maryland Courts Jportal Secure Case Search