# EXHIBIT C

Res.



**CONFIDENTIAL**

# DISTRICT COURT OF MARYLAND FOR | DORCHESTER COUNTY

Located at  310 GAY STREET, CAMBRIDGE, MD  21613-1813

Telephone No.  410-901-1420      Case No.  D-021-FM-23-817452

## TEMPORARY EXTREME RISK PROTECTIVE ORDER
### (Public Safety § 5-604)

**PETITIONER**

SUSAN E WEBB

| First | Middle | Last |
|---|---|---|

### VS.

**RESPONDENT**

DONALD S WILLEY

| First | Middle | Last |
|---|---|---|

Petitioner is related to Respondent as follows:

☐ Spouse ☐ Cohabitant ☐ Related (blood, marriage, or adoption)
☐ Child(ren) in common ☐ Current dating or intimate partner
☐ Current or former legal guardian
☐ Health professional

☒ Law enforcement officer

Agecny Sub-Agency      I.D. No.

1208 PARKS RD

Address

FISHING CREEK, MD 21634

City, State, Zip                Telephone

| RESPONDENT IDENTIFIERS | | | | |
|---|---|---|---|---|
| SEX | RACE | DOB | HT | WT |
| M | 2 | 10/10/1958 | 6' 0" | 195 |
| EYES | HAIR | Distinguishing Features | | |
| BLU | GRA | | | |

| VEHICLE DESCRIPTION | | TAG NO. |
|---|---|---|
| FORD F550 FLAT BED RED 2015 | | |
| EMPLOYER | SELF EMPLOYED | |

### CAUTION - FIREARMS INVOLVED

THE COURT ORDERS THE ABOVE NAMED RESPONDENT:

(1) TO SURRENDER ALL FIREARMS AND AMMUNITION TO LAW ENFORCEMENT; **AND IS**

(2) PROHIBITED FROM PURCHASING OR POSSESSING ANY FIREARM OR AMMUNITION FOR THE DURATION OF THIS ORDER.

Only the Court can change this Order.

The terms of this order shall be effective through      06/22/2023

If the court is closed unexpectedly on the expiration date, this order will remain in effect until the  second day  the court is open. The Final Extreme Risk Protective Order hearing will be held at 09:00 AM.

### NOTICE TO RESPONDENT: PENALTIES

A violation of an Extreme Risk Protective Order is a crime and law enforcement shall arrest the respondent, with or without a warrant, and take the respondent into custody if the officer has probable cause to believe that the respondent has violated any provision of an Extreme Risk Protective Order. Violation of this order may result in criminal prosecution, imprisonment or fine or both. A violation of a Temporary or Final Extreme Risk Protective Order may result in a finding of contempt. A person who fails to comply with the provisions of this order is guilty of a misdemeanor and subject to the maximum penalties of a $1,000.00 fine and/or 90 days imprisonment for a first offense and a $2,500.00 fine and/or one year imprisonment for a second or subsequent offense.

Case No. D-021-FM-23-817452

After the appearance of the petitioner, and in consideration of the petition and evidence, the court makes the following FINDINGS:

A. The petitioner is:
   a law enforcement officer.

B. In consideration of the petition, all relevant evidence presented by the petitioner, and the amount of time that has elapsed since any of the events described in the petition, the court finds reasonable grounds to believe:

the respondent poses an immediate and present danger of causing personal injury to the respondent, the petitioner, or another by possessing a firearm.
Further findings: AS STATED IN PETITION

| ORDER |
|---|

**The court ORDERS**

1. Respondent SHALL SURRENDER all firearm(s) and ammunition in the respondent's possession to law enforcement authorities. Respondent SHALL NOT purchase or possess any firearm or ammunition for the duration of this order.

2. Having found probable cause under Title 10, Subtitle 6 of the Health General Article that the respondent has shown symptoms of a mental disorder and that they present a danger to the life and safety of them self or others, the court refers the respondent for an emergency evaluation. An Endorsement and Order for Emergency Evaluation Based on Petition for Extreme Risk Protective Order (CC-DC-ERPO-010) is attached.

3. A FINAL EXTREME RISK PROTECTIVE ORDER HEARING SHALL BE HELD ON 06/22/2023, AT 09:00AM AT DISTRICT COURT AT 310 GAY STREET, CAMBRIDGE, MD  21613-1813 IN ROOM 001.

This order supersedes and overrides any previously entered Interim Extreme Risk Protective Order issued by a commissioner.

Comments:
   PETITIONER IS A CODE ENFORCEMENT OFFICER

06/15/2023                                                                                    0AY

                              JUDGE MELVIN JAMES JEWS                    ID No.
              See "Important Information" on Page 3 of this order.

## IMPORTANT INFORMATION

**Upcoming court hearings in this Case**

   **Final Extreme Risk Protective Order Hearing.**   This case is set for a Final Extreme Risk Protective Order hearing before a judge on 06/22/2023 at 09:00AM at the court located at 310 GAY STREET, CAMBRIDGE, MD  21613-1813 in room 001.

   If the court is closed unexpectedly on the expiration date, this order will remain in effect until the second day on which the court is open. The Final Extreme Risk Protective Order hearing will be held at 09:00 AM.

Hearing dates and places are subject to change.   and you should call the Clerk's Office at 410-901-1420 to be sure you know when and where your hearing(s) will occur. You are responsible for knowing when and where hearings will occur. On request of the respondent, a Final Extreme Risk Protective Order hearing may be rescheduled for a date not later than 30 days after the date on which the hearing was initially schedule.

Case No. D-021-FM-23-817452

## NOTICE TO ALL PARTIES

- Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.
- If you fail to appear at a hearing, the judge may still issue an order or take other action that affects you and you are responsible for obeying any orders issued in your absence. A Final Extreme Risk Protective Order may be entered in your absence and served by first-class mail.
- After initial service, orders and notices may be served by first-class mail to your last known address.
- You may consult an attorney regarding any matter related to the order, and that an attorney should be contacted promptly so that the attorney may assist you.
- If you did not attend the Temporary Extreme Risk Protective Order hearing, call the Clerk's Office to find out the actual date, time, and location of any Final Extreme Risk Protective Order hearings.
- **Communicating with the court.**   Any communication you wish to have with the court about this case must be filed in writing at the Clerk's Office during business hours. **Do not**   attempt to contact a commissioner or judge directly.
- You are responsible for advising the Clerk's Office in writing, of your current address and telephone number and of any changes in either. The Post Office will not forward court mail to you.

Each party may be represented by an attorney at all stages. You are not required to have an attorney. To obtain a Final Extreme Risk Protective Order, the judge must find clear and convincing evidence that the respondent poses a danger of causing personal injury to the respondent, the petitioner, or another by possessing a firearm. The Rules of Evidence apply to your hearing. If the petitioner cannot afford a private attorney, there are support agencies that may be able to help you. Due to the emergency nature of the hearing, the hearing may be held even if a party requests more time to obtain an attorney.

## DURATION OF ORDERS

- **Interim Extreme Risk Protective Orders**   usually last until the Temporary Extreme Risk Protective Order hearing, but not beyond the second business day after issue unless the court is closed for unforeseen circumstances.
- **Temporary Extreme Risk Protective Orders**   last not more than seven (7) days after the service of the order. The judge may extend as needed, <u>but not beyond six (6) months.</u>
- **Final Extreme Risk Protective Orders**   may remain in effect for as long as one (1) year. Additionally: The court for good cause may extend the term of the Final Extreme Risk Protective Order for an additional six (6) months after a further hearing.

## PROCESS FOR RECLAIMING FIREARMS AND AMMUNITION ON EXPIRATION OR TERMINATION OF ORDER

On expiration or termination of the order, a law enforcement agency that holds any firearm or ammunition surrendered or seized shall notify you that you may request return of the firearm or ammunition. The law enforcement agency shall return a firearm or ammunition to you only after the agency verifies that you are not otherwise prohibited from possessing the firearm or ammunition. On your request to return all firearms and ammunition belonging to you, if authorized to be returned to you, the law enforcement agency shall return no later than:

- 14 days after the expiration of an Interim or Temporary Extreme Risk Protective Order;
- 14 days after a court terminates a Final Extreme Risk Protective Order; or
- 48 hours after the expiration of a Final Extreme Risk Protective Order.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

## EXTREME RISK PROTECTIVE ORDER NOTICE
### Surrender of Firearm(s) / Ammunition to Law Enforcement and Prohibition from Purchasing or Possessing Firearm(s) / Ammunition

## TO: Extreme Risk Protective Order Respondent

An Extreme Risk Protective Order (ERPO) has been entered against you by a judicial officer ordering you as the respondent to surrender to law enforcement authorities any firearm and ammunition in your possession. You are prohibited from possessing or purchasing any firearm or ammunition for the duration of the Extreme Risk Protective Order.

You may retake possession of the firearm(s) and ammunition at the termination or expiration of the Extreme Risk Protective Order unless: (1) the order is extended; or (2) you are otherwise not legally

entitled to own or possess the firearm(s) and ammunition.

**Process for Surrendering the Firearm(s) and ammunition:**

If a law enforcement officer is serving you personally with the Extreme Risk Protective Order, you must immediately surrender all firearms and ammunition to the officer.

If you have received this order by mail, you must contact the law enforcement agency designated in the order and arrange for the immediate surrender of all firearms and ammunition in your possession. You may transport a firearm to surrender it, if you take the following steps:

- Notify the law enforcement unit, barracks, or station that the firearm is being transported in accordance with the Extreme Risk Protective Order;

- Make sure the firearm is unloaded;

- Transport the firearm directly to the law enforcement unit, barracks, or station; and

- Carry a copy of the Extreme Risk Protective Order that requires the surrender of any firearm and ammunition when transporting the firearm(s) and ammunition to the appropriate authorities.

You must comply with the law enforcement agency's delivery instructions. Surrender each firearm and ammunition **IMMEDIATELY** to the designated law enforcement agency for the county or city where the Extreme Risk Protective Order was issued. Contact information for the designated law enforcement agency is included with this notice.

Law enforcement will take possession of all firearms and ammunition. Law enforcement will provide you with a receipt identifying the make, model, and serial number for all firearms and ammunition that have been surrendered or seized. Law enforcement will transport and store any firearm surrendered or seized in a protective case, if one is available, and in a manner intended to prevent damage to the firearm during the time the order is in effect.

**Process for Reclaiming Firearms and Ammunition on Expiration or Termination of Order:**

On expiration or termination of the order, a law enforcement agency that holds any firearm or ammunition surrendered or seized shall notify you that you may request return of the firearm or ammunition. The law enforcement agency shall return a firearm or ammunition to you only after the agency verifies that you are not otherwise prohibited from possessing the firearm or ammunition. On your request to return all firearms and ammunition belonging to you, if authorized to be returned to you, the law enforcement agency shall return the items no later than:

- 14 days after the expiration of an Interim or Temporary Extreme Risk Protective Order;
- 14 days after a court terminates a Final Extreme Risk Protective Order; or
- 48 hours after the expiration of a Final Extreme Risk Protective Order.

**FAILURE TO COMPLY WITH THESE PROVISIONS MAY RESULT IN YOUR ARREST, CRIMINAL PROSECUTION, IMPRISONMENT AND/OR FINE, A FINDING OF CONTEMPT, AND/OR FORFEITURE OF FIREARMS.**

Allegany County
Sheriff's Office
695 Kelly Road
Cumberland, MD 21502
301-777-1585

Anne Arundel County Police
*Northern District
939 Hammonds Lane
Brooklyn Park, MD 21225
410-222-6135

*Eastern District
204 Pasadena Rd.

Caroline County
Sheriff's Office
101 Gay Street
Denton, MD 21629
410-479-2515

Carroll County
Sheriff's Office
100 N. Court Street
Westminster, MD 21157
410-386-2900

Cecil County
Sheriff's Office

Kent County
Sheriff's Office
104 Vickers Drive, Unit B
Chestertown, MD 21620
410-778-2279/5946

Montgomery County
Sheriff's Office
50 Maryland Ave, Room T-400
Rockville, MD 20850
240-777-7000

Prince George's County
Sheriff's Office

CC-DC-ERPO-003JO (Rev. 03/2022)                4

Pasadena, MD 21122
410-222-6145

*Western District
8273 Telegraph Road
Odenton, MD 21113
410-222-6155

*Southern District
35 Stepneys Lane
Edgewater, MD 21037
410-222-1961

Baltimore City
Baltimore Police Department
601 East Fayette
Baltimore, MD 21202
443-263-2220

Baltimore County
Baltimore County Police
700 East Joppa Road
Towson, MD 21286
410-887-2211

Calvert County
Sheriff's Office
30 Church St.
Prince Frederick, MD 20678
410-535-2800

Upper Chesapeake Corporate Center
107 Chesapeake Blvd. Suite 112
Elkton, MD 21921
410-996-5500

Charles County
Sheriff's Office
6855 Crain Hwy
P.O. Box 189
La Plata, MD 20646
301-932-2222

Dorchester County
Sheriff's Office
829 Fieldcrest Road
Cambridge, MD 21613
410-228-4141

Within the municipal limits of
Cambridge:
Cambridge Police
8 Washington Street
Cambridge, MD 21613
410-228-3333

Frederick County
Sheriff's Office
110 Airport Drive, East
Frederick, MD 21701
301-600-1046

Garrett County
Sheriff Office
311 East Alder Street
Oakland, MD 21550
301-334-1911

Harford County
Sheriff's Office (Northern Precinct)
3726 Norrisville Rd.
Jarrettsville, MD 21084
410-692-7880

Sheriff's Office (Southern Precinct)
1305 Pulaski Hwy.
Edgewood, MD 21040
410-612-1718

Howard County
Howard County Police
3410 Court House Dr.
Ellicott City, MD 21043
410-313-3200

5303 Chrysler Way
Upper Marlboro, MD 20773
301-780-8600

Queen Anne's County
Sheriff's Office
505 Railroad Avenue
Centreville, MD 21617
410-758-0770

St. Mary's County
Sheriff's Office
23150 Leonard Hall Drive
Leonardtown, MD 20650
301-475-4200 ext.1900

Somerset County
Sheriff's Office
7920 Crisfield Hwy.
Westover, MD 21871
410-651-9225

Talbot County
Sheriff's Office
28712 Glebe Rd. Suite #1
Easton, MD 21601
410-822-1020

Washington County
Sheriff's Office
500 Western Maryland Pkwy
Hagerstown, MD 21740
240-313-2100

Wicomico County
Sheriff's Office
401 Naylor Mill Road
Salisbury, MD 21801
410-548-4891

Within the municipal limits of
Salisbury City:
Salisbury Police
699 West Salisbury Parkway
Salisbury MD, 21801
410-548-3165

Worcester County
Sheriff's Office
1 W. Market Street, Rm. 1001
Snow Hill, MD 21863
410-632-1111

CONFIDENTIAL





## DISTRICT COURT OF MARYLAND FOR DORCHESTER COUNTY

310 GAY STREET, CAMBRIDGE, MD 21613-1813

410-901-1420

Case No. D-021-FM-23-817452

### SUSAN E WEBB vs DONALD S WILLEY

### ENDORSEMENT AND ORDER FOR EMERGENCY EVALUATION BASED ON PETITION FOR EXTREME RISK PROTECTIVE ORDER

In the matter of the emergency evaluation of DONALD S WILLEY (Case No. D-021-FM-23-817452), the petitioner having presented to the court and the court having reviewed the petition and considered all pertinent data presented, the court:

☒ finds probable cause to believe that the named individual (evaluee) has shown the symptoms of a mental disorder and presents a danger to the life or safety of the evaluee or others and, therefore, ORDERS that any peace officer take into custody and transport the evaluee to the nearest emergency facility, for examination by a physician within six hours after arrival at the facility and, if in the physician's opinion necessary, for emergency care and treatment; provided that the facility may not keep the evaluee for more than 30 hours under this order but is not precluded from voluntary or involuntary admission in accordance with Maryland Code, Health-General Article.

Date: 06/15/2023

JUDGE MELVIN JAMES JEWS

0AY

ID No.

A. Duties of Peace Officer

1. Caution to Petitioner. A peace officer shall explain to a physician, psychologist, clinical social worker, licensed clinical professional counselor, clinical nurse specialist in psychiatric and mental health nursing, psychiatric nurse practitioner, a licensed clinical marriage and family therapist, or a health officer or designee of a health officer, who presents a petition to the peace officer:
   a. the serious nature of the petition; and
   b. the meaning and content of the petition.

2. Delivery to Facility. A peace officer shall take an evaluee to the nearest emergency facility if the officer has a petition that:
   a. has been endorsed by a court within the last 5 days; or
   b. is signed and submitted by a physician, psychologist, clinical social worker, licensed clinical professional counselor, clinical nurse specialist in psychiatric and mental health nursing, psychiatric nurse practitioner, a licensed clinical marriage and family therapist, or a health officer or designee of a health officer, or peace officer.

3. Documentation of Delivery. A peace officer shall complete a Return of Service by Peace Officer form (CC-DC-027) and have an agent for the emergency facility sign the form.

4. Remaining with Evaluee.
   a. After a peace officer takes an evaluee to an emergency facility, the officer need not stay unless, because the evaluee is violent, a physician asks the officer's supervisor to have the officer stay.
   b. A peace officer shall stay until the officer's supervisor responds to the request for assistance.

5. Return of Service. A peace officer shall file a completed Return of Service with the court issuing the Endorsement and Order immediately after an evaluee is delivered to an emergency facility or immediately after expiration of the five-day period for taking the evaluee into custody.

B. Duty of Supervisor. A supervisor shall allow a peace officer to stay with a violent evaluee.

C. Duties of Emergency Facility.

1. Documentation of Delivery. An agent of the emergency facility shall sign the Return of Service by Peace Officer form completed by a peace officer transporting an evaluee to the facility.

2. Examination. If a physician asks that a peace officer stay, a physician shall examine the evaluee as promptly as possible to determine whether the evaluee meets the requirements for involuntary admission. In any event, a physician shall examine an evaluee within six (6) hours after an officer brings the evaluee to the facility.

3. Release or Admission. Promptly after an examination, an evaluee shall be released unless the evaluee:
   a. asks for voluntary admission; or
   b. meets the requirements for involuntary admission.

4. Detention Period. An emergency evaluee may not be kept at an emergency facility for more than thirty (30) hours.

DC-ERPO-010 (10/2018)