# EXHIBIT D

**6Z42302126**

**UNIFORM CIVIL CITATION**

☐ WITNESS

☐ RELATED CASE # / CITATION(S) ➡

Citation Number

District Court of Maryland for _Dorchester County, md_

Address: _310 Gay Street #1, Cambridge, md 21613_

County/Municipality/State of Maryland: _Dorchester County, md_   Agency: _Planning & Zoning_

vs.

Defendant's (Last) Name: _Willey_   First: _Donald_   Middle: _S._

Current Street Address: _1208 Parks Road_

City: _Fishing Creek_   County: _md_   State: _21634_   Zip:   Apt. No.

DOB: ___   Height: ___   Weight: ___   Sex: ___   Race: ___   Hair: ___   Eyes: ___

Telephone No. Day/Night: ___   E-mail: ___

Based on ☑ personal knowledge of the undersigned officer ☐ the attached affidavit, the Defendant is charged with _using property illegally for non-maritime heavy industry - Limited Development Area._

at _3:00_ Time ☐ AM ☑ PM on _06 / 17 / 2021_

at _1208 Parks Road, Fishing Creek, md 21634_ County, MD in violation

of: ☐ Md. Ann. Code ☑ Municipal Infraction/County Ordinance/Public Local Law/Local Code ☐ COMAR

Document/Article _155, F.1_   Section _4 / 35_   Sub Section _9 / F_   Paragraph ___

☐ Each day a violation continues is a separate infraction subject to an additional citation.

I sign my name as a receipt of a copy of this Citation and not as an admission of guilt. I will comply with the requirements set forth in this Citation.

X Defendant's Signature: _Donald Willey_

**INSTRUCTIONS**

☐ YOU MUST APPEAR IN COURT. A notice of trial date will be mailed to you.

☐ YOU MAY PAY A FINE of $ _5,000.00_ (entire amount required) by _07/22/2021_ Date to the:
   ☐ District Court. Payment of the fine will not close the case if abatement action is pending.
   ☑ Agency/Municipality _Dorchester County_
   at _501 Court Lane Cambridge md 21613_ Payment Location

and AVOID TRIAL. This will be deemed an admission of guilt and a trial date will not be set.

☑ YOU MAY ELECT TO STAND TRIAL by sending your request in writing to the:
   ☐ District Court ☑ Agency/Municipality _Planning & Zoning_
   in writing by _07/17/2021_ Date at _501 Court Lane, Cambridge, md 21613_ Address

DO NOT SEND PAYMENT OF FINE. The District Court will mail you a notice of your trial date, time, and location. AT TRIAL the Court may impose a fine up to the maximum allowed by statute plus court costs.

☑ IN ADDITION, _P&Z_ Agency/Municipality is seeking abatement of this infraction.

You may be ordered to abate this infraction or be assessed the costs for the abatement, as well as a fine of up to $1,000, plus court costs. Payment of the preset fine will not satisfy the abatement action and an order of abatement may still be entered against you.

☐ FAILING TO APPEAR OR PAY THE FINE MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST.

☐ FAILING TO PAY THE FINE OR REQUEST A TRIAL DATE:
   ☐ will deem you liable for the fine assessed; the fine may be doubled and/or a judgment on affidavit may be entered against you including an order of abatement;
   ☑ you may be found guilty of a Code violation and the maximum fines, court costs, and administrative expenses can be imposed.

☑ FAILURE TO APPEAR FOR A REQUESTED TRIAL DATE:
   ☐ the fine may be doubled and a judgment on affidavit entered against you;
   ☑ you may be found guilty of a Code violation and the maximum fines and costs can be imposed.

I solemnly affirm under the penalties of perjury, and based upon personal knowledge or the attached affidavit, that the contents of this citation are true and that I am competent to testify on these matters.

☑ The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

Issuing Officer's Signature: _Susan E. Webb_   Officer's Printed Name: _Susan E. Webb_   Date: _6/17/21_

Agency: _Dorchester County_   Sub-Agency: _P&Z_   I.D. No.: ___   Telephone: _410-228-9636_

DC-028 (Rev. 10/2017) Print Date 07/2017

**DEFENDANT'S COPY**

# UNIFORM CIVIL CITATION

Citation Number: **0Z42302127**

☐ WITNESS
☐ RELATED CASE # / CITATION(S) ➔

**District Court of Maryland for** Dorchester County, md

**Address:** 310 Bay Street #2, Cambridge, md 21613

**County/Municipality/State of Maryland vs.** Dorchester County, md

**Agency:** Planning & Zoning

**Defendant's (Last) Name:** Willey   **First:** Donald   **Middle:** S.

**Current Street Address:** 1208 Parks Road

**City:** Fishing Creek,   **County:** md   **State:**    **Zip:** 21634   **Apt. No.:**

DOB: _____  Height: _____  Weight: _____  Sex: _____  Race: _____  Hair: _____  Eyes: _____
Telephone No. Day/Night: _____   E-mail: _____

Based on ☒ personal knowledge of the undersigned officer ☐ the attached affidavit, the Defendant is charged with _unpermitted disturbance to 100 foot tidewater buffer._

at **3:00**   ☐ AM ☒ PM   on **06/17/2021**

at **1208 Parks Road, Fishing Creek, md 21634** Dorchester County, MD in violation

of: ☐ Md. Ann. Code  ☒ Municipal Infraction/County Ordinance/Public Local Law/Local Code  ☐ COMAR

Document/Article **08.85**   Section **05 B,C, D**   Sub Section _____  Paragraph _____

☒ Each day a violation continues is a separate infraction subject to an additional citation.

I sign my name as a receipt of a copy of this Citation and not as an admission of guilt. I will comply with the requirements set forth in this Citation.

☒ **Defendant's Signature:** _Donald Willey_

## INSTRUCTIONS

☐ YOU MUST APPEAR IN COURT. A notice of trial date will be mailed to you.

☒ YOU MAY PAY A FINE of $ **2,000** (entire amount required) by **07/22/2021** to the:
  ☐ District Court. Payment of the fine will not close the case if abatement action is pending.
  ☒ Agency/Municipality **Dorchester County**
  at **501 Court Lane, Cambridge, md 21613**
and AVOID TRIAL. This will be deemed an admission of guilt and a trial date will not be set.

☒ YOU MAY ELECT TO STAND TRIAL by sending your request in writing to the:
  ☐ District Court  ☒ Agency/Municipality **Planning & Zoning**
  in writing by **07/17/2021**  at **501 Court Lane, Cambridge, md 21613**

DO NOT SEND PAYMENT OF FINE. The District Court will mail you a notice of your trial date, time, and location. AT TRIAL the Court may impose a fine up to the maximum allowed by statute plus court costs.

☒ IN ADDITION, **P+Z** is seeking abatement of this infraction. You may be ordered to abate this infraction or be assessed the costs for the abatement, as well as a fine of up to $1,000, plus court costs. Payment of the preset fine will not satisfy the abatement action and an order of abatement may still be entered against you.

☒ FAILING TO APPEAR OR PAY THE FINE MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST.

☒ FAILING TO PAY THE FINE OR REQUEST A TRIAL DATE:
  ☐ will deem you liable for the fine assessed; the fine may be doubled and/or a judgment on affidavit may be entered against you including an order of abatement;
  ☒ you may be found guilty of a Code violation and the maximum fines, court costs, and administrative expenses can be imposed.

☒ FAILURE TO APPEAR FOR A REQUESTED TRIAL DATE:
  ☐ the fine may be doubled and a judgment on affidavit entered against you;
  ☒ you may be found guilty of a Code violation and the maximum fines and costs can be imposed.

I solemnly affirm under the penalties of perjury, and based upon personal knowledge or the attached affidavit, that the contents of this citation are true and that I am competent to testify on these matters.

☒ The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

**Issuing Officer's Signature:** _Susan G Webb_   **Officer's Printed Name:** Susan G Webb   **Date:** 6/17/21

**Agency:** Dorchester County   **Sub-Agency:** PvZ   **I.D. No.:** _____   **Telephone:** 410-228-9626

DC-028 (Rev. 10/2017) Print Date 07/2017

**DEFENDANT'S COPY**

2Z42183178

**UNIFORM CIVIL CITATION**

☐ WITNESS

☐ RELATED CASE # / CITATION(S) ➡

Citation Number: _____

District Court of Maryland for DORCHESTER COUNTY, MD
310 GAY STREET # 1
CAMBRIDGE, MD 21613
Address

County/Municipality/State of Maryland
vs.                                                    Agency

Defendant's (Last) Name: WILLEY    First: DONALD    Middle: S.

Current Street Address: 1208 PARKS ROAD
City: FISHING CREEK    County: MD    State: ___    Zip: 21634    Apt. No: ___

DOB: ___  Height: ___  Weight: ___  Sex: M  Race: W  Hair: ___  Eyes: ___
Telephone No. Day/Night: 443-521-2644   E-mail: ___

Based on ☒ personal knowledge of the undersigned officer ☐ the attached affidavit, the Defendant is charged with VIOLATION OF ZONING CODE 121.5; LAND SHALL NOT BE USED PARTIALLY OR PRINCIPALLY FOR STORAGE OF JUNK, RUBBLE, UNTAGGED VEH/S OR JUNK VEH.

at _____ 1:00 ☐ AM ☒ PM on 06/08/2021
        Time                              Month  Day  Year

at 1208 PARKS RD  FISHING CREEK, MD 21634
Location of Offense

DORCHESTER County, MD in violation of: ☐ Md. Ann. Code  ☒ Municipal Infraction/County Ordinance/Public Local Law/Local Code  ☐ COMAR

Document/Article: 121.5   Section: ___   Sub Section: ___   Paragraph: ___

☒ Each day a violation continues is a separate infraction subject to an additional citation.

I sign my name as a receipt of a copy of this Citation and not as an admission of guilt. I will comply with the requirements set forth in this Citation.

X Defendant's Signature ...........................................

**INSTRUCTIONS**

☐ **YOU MUST APPEAR IN COURT.** A notice of trial date will be mailed to you.

☒ **YOU MAY PAY A FINE** of $ 500.00 (entire amount required) by 07/13/2021 to the:
   Date
   ☐ District Court. Payment of the fine will not close the case if abatement action is pending.
   ☒ Agency/Municipality DORCHESTER COUNTY PLANNING + ZONING
   at 501 COURT LANE CAMBRIDGE MD 21613
   Payment Location
   and AVOID TRIAL. This will be deemed an admission of guilt and a trial date will not be set.

☒ **YOU MAY ELECT TO STAND TRIAL** by sending your request in writing to the:
   ☐ District Court ☒ Agency/Municipality DORCHESTER COUNTY P+Z
   in writing by 07/08/2021 at 501 COURT LANE
   Date                              Address
   CAMBRIDGE, MD 21613

DO NOT SEND PAYMENT OF FINE. The District Court will mail you a notice of your trial date, time, and location. AT TRIAL the Court may impose a fine up to the maximum allowed by statute plus court costs.

☒ **IN ADDITION,** DORCHESTER CO. P+Z is seeking abatement of this infraction
   Agency/Municipality
You may be ordered to abate this infraction or be assessed the costs for the abatement, as well as a fine of up to $1,000, plus court costs. Payment of the preset fine will not satisfy the abatement action and an order of abatement may still be entered against you.

☐ **FAILING TO APPEAR OR PAY THE FINE MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST.**

☒ **FAILING TO PAY THE FINE OR REQUEST A TRIAL DATE:**
   ☐ will deem you liable for the fine assessed; the fine may be doubled and/or a judgment on affidavit may be entered against you including an order of abatement;
   ☐ you may be found guilty of a Code violation and the maximum fines, court costs, and administrative expenses can be imposed.

☐ **FAILURE TO APPEAR FOR A REQUESTED TRIAL DATE:**
   ☐ the fine may be doubled and a judgment on affidavit entered against you;
   ☐ you may be found guilty of a Code violation and the maximum fines and costs can be imposed.

I solemnly affirm under the penalties of perjury, and based upon personal knowledge or the attached affidavit, that the contents of this citation are true and that I am competent to testify on these matters.
☐ The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

Issuing Officer's Signature: ___    Officer's Printed Name: THOMAS ESHAM    Date: 06/08/21
Agency: DORCHESTER COUNTY P+Z    Sub-Agency: ___    I.D. No.: ___    Telephone: 410-228-9636

DC-028 (Rev. 10/2017) Print Date 07/2017                    cc# 21-00029

**DEFENDANT'S COPY**