# EXHIBIT E

IN THE CIRCUIT COURT FOR DORCHESTER COUNTY

THE COUNTY COUNCIL OF     *
DORCHESTER COINTY

          Plaintiff                  *

v.                                 *

DONALD WILLEY           *    Case No. C-09-CV-22-149

          Defendant            *

                                    *

## CONSENT ORDER

Upon the consent of the parties, it is

**ORDERED** by the Circuit Court for Dorchester County as follows:

1. Within fourteen (14) days of the date of this Consent Order, representatives of the Dorchester County Department of Planning and Zoning, the Defendant, and counsel shall meet on the property known as 1208 Parks Road, Fishing Creek, Maryland to identify the personal property located thereon that fails to comply with the requirements of Section 121-5 of the Dorchester County Code.

2. The Defendant will remove all identified items that violate Section 121-5 of the Dorchester County Code, to include scrap material, untagged vehicles, vehicles without current registrations, boats without current DNR registrations, truck bodies and trailers, truck caps, engines, engine parts, scrap metal and appliances, and general rubbish from the property and any surrounding properties upon which the Defendant has deposited such items.

3. The Defendant shall fully accomplish the removal of the items specified in Paragraphs 1 and 2 of this Order on or before May 31, 2023.

4. The Dorchester County Department of Planning and Zoning, with notice to counsel for the Defendant, may enter the property at 1208 Parks Road to determine the Defendant's compliance with the requirements of this Consent Order.

5. In the event the Department of Planning and Zoning determines that the Defendant has failed to comply with the requirements of this Consent Order, the Department is

Filed 11/3/22    ctrm 2
Circuit Court for Dorchester County

authorized to enforce the requirements of this Consent Order by directing County personnel or a hired contractor to enter the property and take action necessary to bring the relevant area of the Defendant's property into compliance with the requirements of this Consent Order.

6. The cost incurred by the Department, including disposal of materials removed from the property, to bring the property into compliance with the requirements of this Consent Order shall be a lien on the property known as 1208 Parks Road, Fishing Creek and may be collected by Dorchester County in the same manner as it collects delinquent property taxes.

JUDGE

Consented To:

Christopher F. Drummond
AIS #8011010089
119 Lawyers Row
Centreville, Maryland 21617
(410) 758-0030
chrisdrummondlaw@gmail.com
*Attorney for the Plaintiff*

Michael R. Dodd
AIS #1106150072
P.O. Box 753
Cambridge, Maryland 21613
(410) 228-2200
dodd@simmonsdodd.com
*Attorney for the Defendant*

TRUE COPY:
TEST _Amy J. Craig_ Clerk

Filed: 11/3/22   ctrm 2
Circuit Court for Dorchester County