# EXHIBIT F



**DORCHESTER COUNTY**
**DEPARTMENT OF PLANNING AND ZONING**
**501 COURT LANE,**
**PO BOX 107**
**CAMBRIDGE, MD 21613**
**410-228-3234**
www.dorchestercountymd.com



## Notice of Violation

June 1st, 2023

To:   Donald Willey
      1208 Parks Rd,
      Fishing Creek, MD 21634
      COMPLAINT # 22-00164

Ref:  Nuisance violation for tall grass located at the property identified by the Maryland State Department of Taxation and Assessments (SDAT) # 06-090591, MAP: 0100, PARCEL: 0156, 1208 Parks Rd, Fishing Creek, MD 21634. An inspection was conducted of the property on 05/30/2023. The inspection revealed tall grass/weeds/vegetation 12" or higher, which is in violation of the Dorchester County Nuisance Ordinance.

**The County Property Nuisance Control Ordinance states;**
The owner or the occupant of any premises within the County of Dorchester shall be responsible for sanitary conditions of the premises occupied by him, and it will be unlawful for any person to place, deposit or voluntarily allow to be placed or deposited on his premises any matter which constitutes a nuisance under the terms of this chapter.
You are in violation of Dorchester County Code:

You are in violation of Dorchester County Code:

**116-4 (H)** The existence of grass, weeds and similar vegetation more than 12 inches in height upon any property in any residential area within two hundred (200) feet of a habitable dwelling or the existence of grass, weeds and similar vegetation more than 12 inches in height upon any commercial area. Areas noted as official wetlands or isolated by official wetlands, drainage ways or ditches, agricultural lands and forests are exempt. Forested residential areas or commercial areas are exempt.

To abate this violation you may do the following:

Remove, and cut: ANY: grass, weeds, and similar vegetation; that is 12 inches or over in height around the residence and/or property.

Please be aware the above Nuisance Control violation must be corrected by Wednesday, June 7th, 2023 (7 days) from the date of this letter. Inspections will usually occur the next business day. If you have corrected the violation prior to the expiration date, you may call the Office of Planning & Zoning to advise them the violation has been corrected. An inspector will be notified and verify the issue has been corrected.

**116-7 Violations and penalties.**
If you do not comply with the actions stated above you may be issued an infraction in the amount of $75.00 up to $250.00, pursuant to section 116-7, and/or Chapter 147 Violations & Penalties of the Dorchester County Nuisance Control Ordinance.



**§ 147-1 Misdemeanors.**
The County Council of Dorchester County may provide that violations of ordinances authorized to be adopted or enacted by Dorchester County shall be punishable as misdemeanors, but no penalty shall exceed a fine of $1,000 and imprisonment for six months. Imprisonment in default of fine and costs shall be regulated by the provisions of Article 38, § 4 of the Annotated Code of Maryland.

**In addition**, if the owner of record fails to comply with this notice or correct a nuisance as provided herein, Dorchester County Planning & Zoning has the authority to enter upon the property and perform or have performed the necessary action to abate the condition. The cost of this abatement, including but not limited to cost of all material and labor will be billed to the owner of record, and if unpaid will be applied to as a tax lien against the property.

To view the Dorchester County Code/s, simply go to the County web site, click on Departments, click on Planning & Zoning, and select County Code/Charter.  Planning & Zoning | Dorchester County Government (dorchestercountymd.com) . Should you have any questions about these proceedings, please feel free to call me at the number above. Thank you for your understanding.

Respectfully,

Tyler Bennett
Zoning Inspector



**DORCHESTER COUNTY**
**DEPARTMENT OF PLANNING AND ZONING**
**501 COURT LANE**
**P.O. BOX 107**
**CAMBRIDGE, MD 21613**
**410-228-3234**

## Notice of Violation



June 1st, 2023

To:  Donald Willey
1208 Parks Rd,
Fishing Creek, MD 21634
Complaint # 22-00165

Ref: Storage of Untagged/unregistered/expired/ vehicles, trailers, junk, rubble, and or trash. Nuisance violation for garbage, refuse located at the property identified by the Maryland State Department of Taxation and Assessments (SDAT) # 06-086233, MAP: 0093, PARCEL: 0045, 2736 Hoopers Island Rd, Fishing Creek MD 21634. An inspection was conducted of the property on 05/30/2023 in reference to garbage and refuse located on the property. The inspection revealed that this property is in violation of the Dorchester County Nuisance Ordinance.

**The County Property Nuisance Control Ordinance states;**
The owner or the occupant of any premises within the County of Dorchester shall be responsible for sanitary conditions of the premises occupied by him, and it will be unlawful for any person to place, deposit or voluntarily allow to be placed or deposited on his premises any matter which constitutes a nuisance under the terms of this chapter.

**The County Property Maintenance Ordinance states;**
Every resident within the unincorporated areas of Dorchester County, Maryland, shall be responsible for keeping and maintaining land free of abandoned motor vehicles, appliances, furniture, tires, boats(s), trash, junk or similar items.

You are in violation of Dorchester County Code:

**121-5 Land shall not be used partially or principally for the storage of junk, rubble, untagged vehicle(s) or junk vehicle(s).**

You are in violation of Dorchester County Code:

§ 116-4 Specific nuisances enumerated.
The following specific acts, deeds or conditions shall constitute a nuisance within the meaning of this chapter:

(G) The use of garbage, offal or other decaying or putrescible matter, either by itself or in connection with ashes or other harmless matter, for the purpose of filling in any land or other space, exempting licensed sanitary landfills.

(H). The existence of grass, weeds and similar vegetation more than 12 inches in height upon any property in any residential area within two hundred (200) feet of a habitable dwelling or the existence of grass, weeds and similar vegetation more than 12 inches in height upon any commercial area. Areas noted as official wetlands or isolated by official wetlands, drainage ways or ditches, agricultural lands and forests are exempt. Forested residential areas or commercial areas are exempt.

(K). The presence of abandoned or junked vehicles or parts thereof on any property for in excess of 30 days unless the vehicle(s) in question is undergoing current repair or restoration or meets the requirements of Chapter 121 of the Dorchester County Code, Maintenance of Property Ordinance of Dorchester County, § 121-5B. Legally situated junkyards or commercial vehicle lots or vehicle repair shops are exempted.

(L). Abandoned refrigerators, freezers or other airtight appliances.

I took photos to document the condition of the property.

To abate this violation you may do the following:

**Please remove all accumulated rubbish/garbage throughout the exterior of the property. This includes but is not limited to: Scrap wood, Scrap metal, tires, barrels, Interior furniture, accumulated rubbish, construction/building material debris, remove/screen abandoned, inoperable and untagged vehicles, and remove/screen dilapidated equipment, maintain vegetation to code, Etc.**

Please be aware the above Nuisance Control violation and Property Maintenance Violation must be corrected by **Thursday, June 15th, 2023 (15 Days)** from the date of this letter. Inspections will usually occur the next business day. If you have corrected the violation prior to the expiration date, you may call the Office of Planning & Zoning to advise them the violation has been corrected. An inspector will be notified and verify the issue has been corrected.

### 121.9, Violations, Inspections & Penalties.

If you choose not to comply with the corrective actions stated above, you may be issued an infraction/s in the amount of $100.00 up to $500.00 per violation, pursuant to sections 121.9, Violations, Inspections & Penalties and/or Chapter 147 Violations of the Dorchester County Zoning Ordinance.

### 116-7 Violations and penalties.

Any person, firm or corporation violating any provision of this chapter shall be guilty of a misdemeanor and shall, upon conviction, be fined not less than $75 nor more than $150 for the first offense; and for each subsequent offense in reference to the same place or thing, such person, firm or corporation shall be fined not exceeding $250, or civilly fined under Chapter 147 of the county code.

### § 147-1 Misdemeanors

The County Council of Dorchester County may provide that violations of ordinances authorized to be adopted or enacted by Dorchester County shall be punishable as misdemeanors, but no penalty shall exceed a fine of $1,000 and imprisonment for six months. Imprisonment in default of fine and costs shall be regulated by the provisions of Article 38, § 4 of the Annotated Code of Maryland.

**In addition**, if the owner of record fails to comply with this notice or correct a nuisance as provided herein, Dorchester County Planning & Zoning has the authority to enter upon the property and perform or have performed the necessary action to abate the condition. The cost of this abatement, including but not limited to cost of all material and labor will be billed to the owner of record, and if unpaid will be applied to as a tax lien against the property.

To view the Dorchester County Code/s, simply go to the County web site, click on Departments, click on Planning & Zoning, and select County Code/Charter. Planning & Zoning | Dorchester County Government (dorchestercountymd.com), Should you have any questions about these proceedings, please feel free to call me at the number above. Thank you for your understanding.

Respectfully,

Tyler Bennett
Zoning Inspector

# COPY

**DORCHESTER COUNTY
DEPARTMENT OF PLANNING AND ZONING
501 COURT LANE,
PO BOX 107
CAMBRIDGE, MD 21613
410-228-3234
www.dorchestercountymd.com**

## Notice of Violation



June 6, 2023

To:     Donald Willey
        1208 Parks Rd,
        Fishing Creek, MD 21634
        COMPLAINT # 22-00167

Ref:  Violation of zoning code (Fence) located at the property identified by the Maryland State Department of Taxation and Assessments (SDAT) # **06-090591, MAP: 0100, PARCEL: 0156, 1208 Parks Rd, Fishing Creek, MD 21634.** An inspection was conducted of the property on 05/30/2023. The inspection revealed a fence of various heights from 4 feet to 10 feet, which is in violation of the Dorchester County Zoning Code for a non-compliant fence and vision obstruction.

**155-7 Compliance with ordinance required.**
No building, structure, land or part thereof shall hereafter be used, occupied, altered, erected, constructed or reconstructed, unless in conformity with this chapter. Activities not in compliance with this chapter shall be expressly prohibited. It is the intention of this chapter that it be interpreted as excluding any use that is not expressly permitted whether as a permitted, accessory or special exception use.

You are in violation of Dorchester County Code:
**155.50 Fences and walls.**
*(a)* Fences and walls do not require a building permit.
*(b)* Fences and walls are not subject to setback requirements from public ways and adjoining lots, but they are subject to the traffic visibility requirements of § **155-47** of this chapter.
*(c)* The maximum permitted height of fences and walls is as follows:

| Location | B and I Districts (feet) | All other Districts (feet) |
|---|---|---|
| Front yard | | |
| Side or rear yard | 6 | 3.5 |
| Within 60 feet of shoreline | 8 | 6 |
| | 4 | 4 |

**155-47. Traffic visibility; sight distance.**

A. Corner lot. On a corner lot in any district, nothing shall be erected, placed, planted or allowed to grow in such a manner as to impede vision between a height of 2 1/2 and 10 feet above the center-line grades of the intersecting roads in the area bounded by the road rights-of-way adjoining such corner lot and a line joining points along said road rights-of-way 50 feet from their point of intersection.

B. Sight distance for driveways and road access points.

*(1) Intersections of roads, driveways and access drives shall be located to provide as much sight distance as possible, both for vehicles entering or exiting main roads and for vehicles approaching intersections.*
*(2) Minimum required sight distances at intersections are as follows, unless otherwise determined by the Dorchester County Highway Department based on the road design speed, geometry or other considerations:*
*(a) Major collector road: 400 feet.*
*(b) Minor collector road: 200 feet.*



To abate this violation you may do the following:

## REMOVE FENCE.

Please be aware the above Nuisance Control violation must be corrected by Thursday July 6, 2023 (30 days) from the date of this letter. Inspections will usually occur the next business day. If you have corrected the violation prior to the expiration date, you may call the Office of Planning & Zoning to advise them the violation has been corrected. An inspector will be notified and verify the issue has been corrected.

### 116-7 Violations and penalties.

If you do not comply with the actions stated above you may be issued an infraction in the amount of $75.00 up to $250.00, pursuant to section 116-7, and/or Chapter 147 Violations & Penalties of the Dorchester County Nuisance Control Ordinance.

### 155-11 Violations, inspection and penalties.

**A.** Complaints. Whenever a violation of this chapter occurs or is alleged to have occurred, any person may report the same, either verbally or in writing, to the Director of Planning.

**B.** Inspection and notification. The Director or his duly authorized agents have the right to enter and inspect any structure or land in order to verify that the structure or land complies with provisions of this chapter. If the Director finds that any of the provisions of this chapter are being violated, the Director shall notify the property owner and/or person responsible for such violation. The notice shall indicate the nature of the violation and order the action necessary to correct it within a reasonable length of time. If at the conclusion of said reasonable length of time the violation has not been satisfactorily corrected in the judgment of the Director, the Director shall order and seek appropriate action to bring about the correction of such violation.

**C.** Penalty provisions.

**(1)** Violations of the provisions of this chapter or failure to comply with any of its requirements shall constitute a misdemeanor. Any person who violates this chapter or who fails to comply with any of its requirements shall, upon conviction thereof, be fined not more than $1,000 or be imprisoned for not more than 30 days, or both. Each and every day such violation occurs shall be considered a separate offense.

**(2)** The owner, tenant or agent of any owner or tenant of any building, structure, premises or part thereof who commits, participates in, assists in or maintains such violation may each be found guilty of a separate offense and suffer the penalties herein provided.

**(3)** To the maximum extent possible under the law, the courts shall order the violation removed or corrected and shall issue such additional order as may be necessary and/or appropriate to safeguard against future violation of this chapter.

**(4)** Nothing herein contained shall be construed to prevent the county from revoking a permit, special exception or variance previously granted or from taking such other lawful action as is necessary to prevent or remedy any violation of this chapter.

### § 147-1 Misdemeanors.

The County Council of Dorchester County may provide that violations of ordinances authorized to be adopted or enacted by Dorchester County shall be punishable as misdemeanors, but no penalty shall exceed a fine of $1,000 and

imprisonment for six months. Imprisonment in default of fine and costs shall be regulated by the provisions of Article 38, § 4 of the Annotated Code of Maryland.

**In addition**, if the owner of record fails to comply with this notice or correct a violation as provided herein, Dorchester County Planning & Zoning has the authority to enter upon the property and perform or have performed the necessary action to abate the condition. The cost of this abatement, including but not limited to cost of all material and labor will be billed to the owner of record, and if unpaid will be applied to as a tax lien against the property.

To view the Dorchester County Code/s, simply go to the County web site, click on Departments, click on Planning & Zoning, and select County Code/Charter.  Planning & Zoning | Dorchester County Government (dorchestercountymd.com) , Should you have any questions about these proceedings, please feel free to call me at the number above. Thank you for your understanding.

Respectfully,

Tyler Bennett
Zoning Inspector

COPY