# EXHIBIT G



# Dorchester Sheriffs Office

Incident #: S23017481

Reporting Officer: Robert Horsman

Report Time: 06/02/2023 11:15:30

## Incident

| | | |
|---|---|---|
| **Incident Nature**<br>MDOP/VANDALISM-PAST | **Address**<br>1208 PARKS RD<br>FISHING<br>CREEK, Maryland 21634 | **Occurred From**<br>06/02/2023 11:14:31 |
| **Occurred To**<br>06/02/2023 11:17:38 | **Received By**<br>Brian Stevanus | **How Received**<br>Telephone(Admin |
| **Contact**<br>donald willey | **Disposition**<br>Active | **Miscellaneous Entry** |
| **Disposition Date**<br>06/02/2023 | **Cleared**<br>N | **Judicial Status** |
| **Cleared Date** | **Clearance**<br>Report | **Cargo Theft Related** |

**Responding Officer(s)**
Robert Horsman

## Offenses

## Destruction/Damage/Vandalism

| | | |
|---|---|---|
| Completed?<br>C | Method Of Entry | Gambling Motivated? |
| Premises Entered? | Location Type<br>25 | Cargo Theft Related? |
| Statute<br>CO193 | Description<br>11.05.05.06(a)(1) : MDOP Malicious Destruction of Property climb, deface, destroy, disturb, harm, injure, remove, tamper with. | Category |

Bias Motivation
88

Offender Used
N

## Persons

### WEBB, SUSAN
**Suspect**

| | | |
|---|---|---|
| Address | Phone | DOB |
| Race<br>White/Hispanic | Sex<br>F | Ethnicity |
| Height | Weight<br>0 | |

### WILLEY, DONALD S
**Victim**

| | | |
|---|---|---|
| Address<br>1208 PARKS RD<br>FISHING CREEK Maryland 21634 | Phone<br>(410)397-3433 | DOB<br>10/10/1958 |
| Race<br>White, Non-Hisp | Sex<br>M | Ethnicity |
| Height<br>5'11" | Weight<br>220 | |

## BENNETT, TYLER R
### Suspect

**Address**
406 EDLON PARK DR
CAMBRIDGE Maryland 21613

**Phone**
(443)521-9182

**DOB**
12/29/1989

**Ethnicity**

**Race**
White, Non-Hisp

**Sex**
M

**Height**

**Weight**
0

## Property

### Miscellaneous

**Damaged**

**Brand**

**Model**

**Serial Number**

**Color**
White

**Quantity**

**Total Value**
$1,000.00

**Measurement**

**Amount Recovered**
$0.00

**Date Recovered**

**Status**
Destroyed/Damaged/Vandalized

**Owner**
WILLEY, DONALD S

## Narratives

### Original Narrative                                06/03/2023 09:12:56

ON 6/2/23 I, CPL HORSMAN RESPONDED TO 1208 PARKS RD FOR A MALICIOUS DESTRUCTION OF PROPERTY COMPLAINT. UPON ARRIVAL, I MET WITH DONALD WILLEY WHO STATED THAT YESTERDAY TWO INDIVIDUALS CAME ONTO HIS PROPERTY AND "PUNCHED" 8 HOLES INTO HIS BOAT CANOPY. WILLEY THEN WALKED ME TO WHERE THE BOAT CANOPY WAS LOCATED WHILE WALKING WILLEY POINTED OUT THE NO TRESPASSING SIGNS HE HAD ON HIS PROPERTY. ONCE WE REACHED THE CORNER OF WILLEYS PROPERTY NEAR HOOPERS ISLAND RD WILLEY POINTED TO THE FIBERGLASS BOAT CANOPY WHICH WAS BEING USED AS A FENCE. WILLEY THEN POINTED OUT A LAMINATED SHEET AND STATED THAT THE STAPLES USED TO ATTACH IT WHERE THE 8 HOLES HE WAS REFERRING TO. THE POSTING WAS A NOTICE OF VIOLATION OF A COUNTY PLANNING AND ZONING ORDNANCE. WILLEY STATED THAT TYLER BENNETT AND SUSAN FROM PLANNING AND ZONING HAD DONE THE POSTING AS HE HAD SPOKE TO THEM YESTERDAY. WILLEY WENT ON TO STATE THAT THEY HAD ALSO POSTED HIS PROPERTY AT 2736 HOOPERS ISLAND RD BUT DID SO BY DRIVING A STAKE INTO THE GROUND. WILLEY WENT ON TO STATE THAT HE WANTED THEM CHARGED WITH TRESPASSING AND MALICIOUS DESTRUCTION OF PROPERTY. I ADVISED WILLEY THAT THE COUNTY COULD POST THE VIOLATION OF THE ORDNANCE AND THAT HE SHOULD CONTACT THE COUNTY ADMINISTRATOR OR HIS COUNTY COUNCILMAN IF HE DID NOT APPROVE OF HOW THE PROPERTY WAS POSTED. WILLEY STATED THAT HE WAS ALREADY SPEAKING WITH A ATTORNEY ABOUT ISSUES SO I ALSO ADVISED HIM HE COULD SPEAK WITH HER AND THE COURT COMMISSIONER. I DID PHOTOGRAPH THE BOAT CANOPY AND THE NOTICE POSTED. I ALSO PHOTOGRAPHED THE POSTING AT 2736 HOOPERS ISLAND RD ONCE I HAD CLEARED. I DID OBTAIN A ESTIMATE OF DAMAGE TO THE BOAT CANOPY FORM WILLEY OF APPROXIMATELY $1000.00.

NO FURTHER ACTION.