# EXHIBIT H



**Elzey Custom Boats Inc**

403 Aurora Street
Cambridge, MD 21613

# Estimate

| Date | Estimate # |
|---|---|
| 8/7/2023 | 195 |

**Name / Address**

Donny Willey

| | Project |
|---|---|
| | Canopy |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Build new canopy top | | | |
| Marine plywood | 4 | 105.00 | 420.00T |
| 2x12x10 Beams | 2 | 68.00 | 136.00T |
| 5200 Adhesive/Sealant | 4 | 35.00 | 140.00T |
| 1-5/8 screws | 1 | 55.00 | 55.00T |
| CSM | 75 | 4.50 | 337.50T |
| Resin | 8 | 44.00 | 352.00T |
| Gelcoat | 2 | 74.00 | 148.00T |
| Labor | 16 | 85.00 | 1,360.00 |
| | | 0.00% | 0.00 |

**Total** $2,948.50

Customer Signature