# EXHIBIT I

**CONFIDENTIAL**

**DISTRICT COURT OF MARYLAND FOR** Dorchester County

Located at _____ Court Address _____   Case No. _____

Petitioner: Susan E. Webb / Dorchester County
Address: 501 Court Lane
City, State, Zip: Cambridge, MD 21613
Home: _____ Work: _____ Telephone Number(s): _____

vs.

Respondent: Donald S. Willey
Address: 1208 Parks Rd
City, State, Zip: Fishing Creek, MD 21634
Home: _____ Work: _____ Telephone Number(s): _____

## PETITION FOR EXTREME RISK PROTECTIVE ORDER
(Public Safety Title 5, Subtitle 6)

I, **Susan E. Webb**, request that this court issue an Extreme Risk Protective Order against **Donald S. Willey**, as the respondent poses an immediate and present danger of causing personal injury to himself/herself, to me, or to another by possessing a firearm. The specific facts in support of this petition are as follows:

1. Relationship to the respondent:
   - ☐ spouse
   - ☐ child(ren) in common
   - ☐ health professional (specify): _____
   - ☐ cohabitant
   - ☐ current dating or intimate partner
   - ☑ law enforcement officer / Code
   - ☐ related by blood, marriage, or adoption
   - ☐ current or former legal guardian; or
   
   Agency: County   Sub-Agency: Planning + Zoning   I.D. No.: _____

2. The respondent is demonstrating the following behavior that leads me to believe he/she presents an immediate and present danger of causing personal injury to himself/herself, to me, or others by possessing a firearm (include a description of the behavior and/or statements made by the respondent, date(s) of occurrence(s), and any other information): Making threats of violence by firearms to myself and other departmental employees on numerous occasions.

   (Attach additional sheet if necessary)

3. The respondent currently possesses the following firearm(s) (identify the type, number, and location of firearm(s)):

| Type of Firearm | Number of Firearms | Location of Firearm(s) |
|---|---|---|
| ☑ Handgun | unknown | 1208 Parks Rd Fishing Creek, MD |
| ☑ Shotgun | | |
| ☑ Rifle | | 2736 Hoopers Island Rd Fishing Creek, MD |
| ☑ Assault Weapon | | |
| ☐ Other: | | |

☑ The respondent has unlawfully, recklessly, or negligently used, displayed, stored, possessed, or brandished a firearm. Include a description of the action(s) and date(s) of occurrence(s): June 8th, 2023   June 12, 2023
June 9th, 2023

☐ _____ supporting documents attached.
# of Documents

DC-ERPO-001 (10/2018)                Page 1 of 2

Case No. ...........................

4. ☑ The respondent has committed or threatened violence against himself/herself or others, whether or not the threat of violence involved a firearm. Include a description of the action(s) and date(s) of occurrence(s): On three recent occassions myself and staff were warned of threats of viriance from mr. Willey.

5. ☐ The respondent has violated a Protective Order (Family Law Title 4, Subtitle 5). Include a description of the action(s) and date(s) of occurrence(s): ...........

6. ☐ The respondent has violated a Peace Order (Courts & Judicial Proceedings Title 3, Subtitle 15). Include a description of the action(s) and date(s) of occurrence(s): ...........

7. ☐ The respondent has abusively used a controlled dangerous substance(s) and/or alcohol. Include a description of the action(s) and date(s) of occurrence(s): ...........

☐ The respondent has been convicted of a criminal offense(s) involving a controlled dangerous substance or alcohol. Include case information (if known):

| Court | Kind of Case | Year Filed | Conviction Date (if known) | Results or Status (if known) |
|---|---|---|---|---|
| unknown | | | | |

8. ☐ Attached are health records or other health information concerning the respondent (to the extent disclosure is not otherwise prohibited).

☑ I have completed the necessary Addendum to Petition for Extreme Risk Protective Order (Description of Respondent), DC-ERPO-001A.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_June 15, 2023_  
Date

_Susan E Webb_  
Petitioner

**TO THE PETITIONER:** You may be required to appear before the court. You have made the statements above under the penalties of perjury. A petitioner who, in good faith, files a Petition for Extreme Risk Protective Order is not civilly or criminally liable for filing the petition.

DC-ERPO-001 (10/2018)            Page 2 of 2

**DISTRICT COURT OF MARYLAND FOR** _____ City/County

**CONFIDENTIAL**

Located at _____ Court Address _____ MD

Telephone No. _____ Case No. _____

Petitioner: Susan E Webb / Dorchester County
vs.
Respondent: Donald S. Willey

## ADDENDUM TO PETITION FOR EXTREME RISK PROTECTIVE ORDER
### (DESCRIPTION OF RESPONDENT)

Failure to provide information on this Addendum may prevent law enforcement from processing the court's Extreme Risk Protective Order. This may endanger the safety of the respondent, the petitioner, or another. Please provide as much information as possible.

### DESCRIPTION OF RESPONDENT

- **Full Name:** Donald Scott Willey
- **Date of Birth:** 10/10/1958
- **Approximate Age:** 
- **Race:** W
- **Sex:** M
- **Height:** 6'0
- **Weight:** 195
- **Hair Color:** Gray
- **Eye Color:** Blue
- **Skin Tone (Light/Medium/Dark):** Light
- **Scars, Tattoos (where on body and description):** 
- **Home Address:** 1208 Parks Road
- **City, State, Zip:** Fishing Creek, MD
- **Telephone/Cell Number:** 
- **Employer:** Self employed
- **Work Hours:** 
- **Work Address:** 
- **City, State, Zip:** 
- **Telephone Number:** 
- **Vehicle Make:** Ford
- **Model/Color:** F550 Flatbed
- **Year:** approx 2015
- **Tag #:** 
- **State:** MD
- **Other locations or information about respondent:** Red

Also owns property @ 27736 Hoopers Island Rd, Fishing Creek, MD 21634

Petitioner's Signature: Susan E Webb
Date: 6/15/23

Petitioner's Telephone Number: _____

DC-ERPO-001A (10/2018)