# EXHIBIT J

**DORCHESTER COUNTY SHERIFF'S OFFICE**
829 FIELDCREST ROAD
CAMBRIDGE, MARYLAND 21613-9455
**JAMES W. PHILLIPS JR., SHERIFF**

Telephone
(410) 228-4141

Fax
(410) 228-9869



CAPT. JOHN STICHBERRY JR.
CHIEF DEPUTY SHERIFF

LT. KEITH BENTON
CHIEF OF OPERATIONS

\* Remainder of Weapons at REK Firearms \*

## Receipt of Seized Firearms/Ammunition

**Purpose of Recovery / Seizure**

☐ Protective Order   #
☑ Extreme Risk Protective Order   # D-021-FM-23-817452
☐ Search Warrant – ERPO   #

Date of Recovery  6/15/23

Location Recovered  1208 Parks Rd  Fishing Creek, MD 21634

**Recovered Firearms/ Ammunition**

| Make / Model | Serial# | Caliber | Description | Condition |
|---|---|---|---|---|
| - Carbine Black Powder | serial #35129 | | - Misc. | 100% Ammo |
| - 9mm Ammo (3 boxes) | | | | |
| - .45 Ammo (1 box) | | | | |
| - Double Barrel Shotgun x 2 | | | No Serial #'s | |
| - .22 LR Ammo (2 boxes) | | | | |
| - 7.62 Ammo (1 box) | | | | |
| - ARMI Sport Rifle | | | No Serial #'s | |
| - US Springfield Rifle | | | No Serial #'s | |

Incident Report#  S23018724       More ☑

Recovering Officer  DFC Dickerson
DFC Ruark                    ID#  #0273
                                  #0271

Navy colt pistol x2   (no serial #)
Army .74 pistol x1   (no serial #)