# EXHIBIT K

June 20, 2023

To Whom It May Concern:

I am a lifelong resident of Dorchester County. I have known Donald "Donny" Willey for more than forty-five years. Donny has always been a kind and generous person, quick to lend his hand wherever needed. As my friend and former classmate, I have witnessed first hand the high standards to which he subscribes when it pertains to honesty, integrity, and doing his best. As a licensed real estate colleague, we worked together on various investment properties. Donny has worked hard his entire life, whether it be working the land, working on the water, or honorably serving and protecting our country as a Marine. I have never known him to intentionally provoke or harm another person. I consider Donny to be one of the finest men I have the honor to call my friend.

Respectfully submitted,

*Diana Gray*

Diana Gray, Broker
Gray Services

20 June 2023

In regard to any assumption or accusation that Donny Willey would intentionally harm or endanger fellow citizens, I offer the following:

I met Donny in 1996, while he was a United States Marine.

After his honorable retirement from the Marines, he returned to Hoopers Island to continue the life he had once known as a boy and young man, and to fulfill some dreams. On numerous occasions since his retirement, I have worked with him on different projects; and I've been aware of his ambition to dive into different pursuits.

His zeal for life and his relentless drive to fulfill his dreams have led to confrontations with others who didn't know him personally. His methods are sometimes misunderstood, but his intentions are genuine. He totally believes in harmonious relationships and in the live-and-let-live principle. While this approach worked well in the past, it has its problems in our modern life with its modern rules. Recent confrontations have even been quite heated.

Regardless of the misunderstandings and resulting issues in the legal environment, Donny has remained steadfast in his live-and-let-live attitude. At no time, however, did I witness him harm - or threaten to harm - anyone because of their viewpoints or actions.

As a U.S. Marine (a combat Marine) Donny has witnessed adversity and challenges that the average person won't likely encounter. While not implying that he should be given any special treatment, I think that his dedication and service to our country should be considered before passing judgement on his character or on what he "might do".

Sometimes we should look in the mirror and think about our own ideas and weaknesses.

My firm conclusion: Donny would not harm anyone, unless it's through a few opinions or words of discontent. He is willing to lend a hand to someone in need, volunteer his time to a worthy cause, feed a stray cat, or offer his life for his country and his fellow citizens.

*Art Wheatley*

June 21, 2023

To Whom It May Concern,

I have been treating Donald Willey at the VA since 2015. He is a Gulf War veteran. He has been diagnosed with ADHD, Hoarding, and PTSD. He is on concerta for his condition. I have not known him to demonstrate any violence towards others. He has been compliant with his treatment.

Sincerely,

Lisa Kluepfel, DNP, CRNP
Clinical Resource Hub
VA Maryland
443-421-5345

/es/ LISA A KLUEPFEL NP
Nurse Practitioner, Mental Health
Signed: 6/21/23



**Riverside Wesleyan Church**
Po Box 164
Fishing Creek, Md 21634
(302) 542-2459
chucknsandy@mchsi.com

June 18, 2023

To Whom It May Concern,

Hello, My name is Charles 'Chuck' Hudson and I serve as Lead Pastor at Riverside Wesleyan Church in Fishing Creek, MD. I have been serving on the island now for 14 years and have had known Mr. Donald Willey for approximately 10 years. He is a member of Riverside in good standing.

In my experience with Mr. Willey, I have never witnessed any aggressive or malicious behavior towards himself or anyone else. He is an honored veteran in our community who is always willing to serve and help out wherever necessary.

Sincerely,

Pastor Chuck Hudson
Lead Pastor, Riverside Wesleyan Church

June 2023

To whom it may concern:

Donnie Willey was born and raised in South Dorchester, attending public school and graduating in 1977 from Cambridge-South Dorchester High School. He immediately entered the Marine Corps and served our country for the next 25+ years. During that period he served in the Philippines, Okinawa, Persian Gulf, Cuba and Saudi Arabia. Working up to the rank of Gunnery Sgt. he ended his career in 2002 as a recruiter for the Corps, encouraging other young people to choose this honorable career stressing the rewards you receive personally from the service of protecting the freedoms of this great nation for all citizens. The motto of the Marines is "Semper Fi" - Always Faithful and after 25 years of service that is how many Marines continue into life after the Corps.

I have known Donnie and his family for his entire life. I attended church with his family beginning in 1972.

My husband and I did business with his family in their seafood business. After his retirement he purchased a home on the same island where he grew up. He has a strong interest in the past and local history. He has worked tirelessly to save local cemeteries and grave sites threatened by erosion and rising waters of the Bay.

In all my years of knowing Donnie in many different roles as school teacher, church attendee, Postmaster for our community, seafood dealer and local resident, he has always been a helpful, respectful and kind individual.

When a young person dedicates their life to service of our country they give up many of the life experiences we take for granted. While we are building careers, starting families, and enjoying everyday joys with friends and family they are separated from their loved ones for months and even years missing so many of these special moments. They are often in life threatening situations dealing with major stress and trauma sacrificing for our freedoms.

It is my prayer that as all veterans, including Donnie, return and transition back into civilian life that we treat them with the support and respect they have earned and assist them with whatever tools that transition requires.

Thank you for your time and attention.

Sincerely,
Jeanne Spicer Phillips

June 18, 2023

To whom it may concern:

My name is Helen Lewis Peel. I am a self employed highway route carrier for the United States Post Office. I have known Donald "Donnie" Willey since we began attending school together in 1973. Since I first met him, Donnie has always been a passionate, loyal and caring individual. I have seen this demonstrated many times over the years as a friend as well as toward his family and his community.

Donnie served his country as a career military man retiring from the United States Marine Corps in a highly respected rank of Gunnery Sergeant. He served during peacetime as well as during conflict and war as his unit's operations chief, working with superior officers on training, operations, and tactical advising.

I am writing to defend Donnie's name because he has always been a person whom I have respected for the passion and love he has for his country, his community, and the people with whom he comes into contact.

Donnie has always been someone who would drop anything he was doing to help someone in need. He quietly does many things to help others without the expectation of recognition or compensation; he is quite content to live out his Christian upbringing of treating others as you would want to be treated.

Donnie supports his community as an active and responsive member of his local fire company. He participates in organizations and events which foster interest in the history of our country and of our local area. He has been passionate about trying to bring local and state level interest in assisting with the shoreline restoration of local graveyards which are being washed into the local waterways.

I hope that this letter can in some way offer the Court insight on the character of Donald Willey, USM, Retired is a good and honorable person.

Yours truly,

*Helen Lewis Peel*

Helen Lewis Peel
443-205-0638

To Whom It May Concern,

I am President of Hoopers Island VFC and Assistant Chief. I have known Donny Willey since our school years. Donny is a member of the fire company, in good standing, and a firefighter. Donny went into the service after graduating from high school. I have not seen any unruly behavior from him.

Thank you,

Marcus Flowers, Jr.

To: Whom it May Concern:

Date: June 22, 2023

My Name is Leroy Bell

I have known Donnie Willey all his life.  He is a true friend and would help anyone do anything. He is a veteran that loves his country. He is polite and loves the elderly.  I have not known Donnie to ever be rude or ill mannered to anyone. I vouch for his character to be true and honest.

*Leroy Bell* (signature)

Leroy Bell

2828 Hoopers Island Rd

Church Creek, MD 21622