# EXHIBIT L



# DISTRICT COURT OF MARYLAND FOR DORCHESTER COUNTY

310 GAY STREET, CAMBRIDGE, MD  21613-1813

410-901-1420

Case No. D-021-FM-23-817452

SUSAN E WEBB   vs   DONALD S WILLEY

## ORDER OF DENIAL / DISMISSAL OF PETITION FOR EXTREME RISK PROTECTION

After the appearance of the petitioner, respondent, respondent's counsel, the court makes the following determination:

Petition is Dismissed

PETITIONER REQUESTED DISMISSAL

06/22/2023

JUDGE MELVIN JAMES JEWS

0AY ID No.

CC-DC-ERPO-005 (10/2018)                    1