# EXHIBIT M

# Dorchester County Sheriff's Office
## PROPERTY INVENTORY FORM

This form is being used as a:  [ ] Receipt of property to the Sheriff's office
[X] Release of property from the Sheriff's office

Date: 6-27-2023

To Whom: Donald Willey

O.R. or A.R. No: S2308724

Item No. 1  DW  one black powder rifle s/n 35129

Item No. 2  DW  one double barrel shotgun no s/n

Item No. 3  DW  one Arml sport rifle no s/n

Item No. 4  DW  one Springfield rifle no s/n

Item No. 5  DW  one black powder Navy Colt no s/n

Item No. 6  DW  one black powder Navy Colt no s/n

Item No. 7  DW  one double barrel shotgun no s/n

Item No. 8  DW  Two boxes Winchester 9mm Luger (200 rounds each for total of 400 live rounds)

Item No. 9  DW  Two boxes Remington 9mm Luger (50 live rounds) one box empty.

Item No. 10  DW  one box Russia LVE 7.62x54R with 18 live rounds

Item No. 11  DW  one box Tulammo .45 auto (50 live rounds)

Item No. 12  DW  Two boxes Federal Lightning .22 (one box with 17 live rounds, one box with 23 live rounds)

Item No. 13  DW  three empty ammo containers

Item No. 14  DW  5 rounds Frontier .30-06 sprg, 5 rounds WW .32 and one round super vel .38 spl

Received By: Dep. Dickerson #273    Released By: Sgt. P. Rogers #162

Received From: Donald Willey    Released To: Donald Willey

Date Received: 6-15-2023    Date Released: 6-27-2023