IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---------------------------------------------------------X
DONALD S. WILLEY and THE SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

  -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

        Defendants.
---------------------------------------------------------X

Case No. 1:23-cv-02299-ELH

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to FED. R. CIV. P. 65, Plaintiffs Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF" and, collectively with Willey, "Plaintiffs") respectfully move this Court for a preliminary injunction prohibiting Defendants, and anyone acting in concert or participation with any of them, from taking any action to enforce, or otherwise require any person or entity to comply with MD. CODE ANN., PUB. SAFETY § 5-601 *et seq.* (the "Maryland Red Flag Law"). In support of their motion, Plaintiffs will rely on the accompanying Memorandum of Law and the declarations of Donald S. Willey, Edward Andrew Paltzik, and Adam Kraut.

WHEREFORE, Plaintiffs respectfully request that their motion be GRANTED and that this Court enter an Order enjoining enforcement of the Maryland Red Flag Law.

| | |
|---|---|
| Date: September 8, 2023 | Respectfully submitted,<br>/s/ Edward Andrew Paltzik<br>Edward Andrew Paltzik, Esq.<br>Serge Krimnus, Esq.<br>Bochner PLLC<br>1040 Avenue of the Americas, 15th Floor<br>New York, New York 10018<br>(516) 526-0341<br>*Attorneys for Plaintiffs* |