IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD S. WILLEY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-02299-ELH |
| ANTHONY G. BROWN, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Anthony G. Brown, sued in his official capacity as Attorney General of Maryland, and James W. Phillips, Jr., sued in his official capacity as Sheriff of Dorchester County, Maryland and in his personal capacity (the "State Defendants"), move, with the consent of plaintiffs, for an extension of time to file their response to the amended complaint and the motion for preliminary injunction filed by plaintiffs:

1. Plaintiffs filed their amended complaint in his case on August 28, 2023, asserting, *inter alia*, a constitutional challenge to Maryland's "Red Flag Law," which authorizes Maryland courts to issue orders temporarily blocking access to firearms by certain individuals shown to be a risk of committing acts of violence. (ECF 5.)

2. On September 8, 2023, plaintiffs filed a motion for preliminary injunction, asking the Court to preliminarily enjoin enforcement of the Red Flag Law. (ECF 15.)

3.      The State Defendants' responses to the amended complaint are due on September 21 (Sheriff Phillips) and September 22 (Attorney General Brown) and the response to the motion for preliminary injunction is due on September 22, 2023.

4.      Given the importance of the public policy issues presented by this case, as well as the work demands of other cases, the State Defendants' counsel requires additional time to prepare the State Defendants' response to the amended complaint and the motion for preliminary injunction.

5.      As a result, counsel for the State Defendants requested plaintiffs' consent to an extension of time to October 13, 2023 to respond to the amended complaint and the motion for preliminary injunction. Plaintiffs' counsel agreed.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter an order extending the State Defendants' time to file their response to the amended complaint (ECF 5) and plaintiffs' motion for preliminary injunction (ECF 15) to October 13, 2023.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland


/s/ Robert A. Scott
_____
ROBERT A. SCOTT
Federal Bar No. 24613
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

September 14, 2023                    Attorneys for Defendant Anthony G. Brown and James W. Phillips, Jr.

## CERTIFICATE OF SERVICE

I certify that, on this 14th day of September, 2023 the foregoing was electronically served by CM/ECF on all counsel record who are registered CM/ECF users.


/s/ Robert A. Scott
_____
Robert A. Scott