## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD S. WILLEY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-02299-ELH |
| ANTHONY G. BROWN, ET AL., | * | |
| *Defendants*. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

### ORDER GRANTING EXTENSION OF TIME

UPON CONSIDERATION of the Consent Motion for Extension of Time (the "Motion") filed by defendants, Anthony G. Brown, sued in his official capacity as Attorney General of Maryland, and James W. Phillips, Jr., sued in his official capacity as Sheriff of Dorchester County, Maryland and in his personal capacity (the "State Defendants") it is this ____ day of _____ Sept _____, 2023 hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the time for the State Defendants to respond to the amended complaint (ECF 5) and plaintiffs' motion for preliminary injunction (ECF 15) is extended to October 13, 2023.

_____
Ellen L. Hollander
United States District Judge