UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD S. WILLEY, ET AL. | * | |
|     Plaintiffs | * | |
| v. | * | Case No. 1:23-cv-2299-ELH |
| ANTHONY G. BROWN, et al. | * | |
|     Defendants | | |

\*       \*       \*       \*       \*       \*       \*       \*       \*

## DEFENDANT DORCHESTER COUNTY'S MOTION TO QUASH SERVICE OF PROCESS OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME

Dorchester County and Susan Webb, two of the defendants pursuant to Fed Rule Civ. Proc. 12(b)(4) and (5) moves to quash service of process on them, or in the alternative for an extension of time, by and through undersigned counsel. For reasons and particulars, the Court, is respectfully referred to the Memorandum in support of this motion is filed herewith.

Respectfully submitted ,

_____/s/_____
William C. Dickerson (#10791)
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701
wdickerson@lgit.org

Attorney for Dorchester County and Susan Webb