IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

-------------------------------------------------------X
DONALD S. WILLEY and THE SECOND
AMENDMENT FOUNDATION,

    Case No. 1:23-cv-02299-ELH

    Plaintiffs,

    -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

    Defendants.
-------------------------------------------------------X

    IT IS HEREBY STIPULATED CONSENTED AND AGREED, by and between the undersigned attorneys for Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF," together with Willey, "Plaintiffs") and Defendants Susan E. Webb ("Webb") and Dorchester County ("DC," together with Webb, "Defendants") as follows:

    The deadline for Defendants to respond to the Amended Complaint [ECF 5] and to respond to the Motion for Preliminary Injunction [ECF 15] is extended until October 20, 2023.

    For all purposes of this Stipulation, facsimile and electronic signatures shall be deemed originals for all purposes.

Dated: October 11, 2023

| | |
|---|---|
| /s/ | /s/ |
| Edward Andrew Paltzik, Esq. (#30785) | William C. Dickerson (#10791) |
| Serge Krimnus, Esq. (#22072) | 7225 Parkway Drive |
| Bochner PLLC | Hanover, Maryland 21076 |
| 1040 Avenue of the Americas, 15th Floor | Office (443) 451-1700 |
| New York, New York 10018 | Facsimile (443) 561-1701 |
| (516) 526-0341 | wdickerson@lgit.org |
| edward@bochner.law | |
| serge@bochner.law | *Attorney for Dorchester County and Susan Webb* |
| *Attorneys for Plaintiffs* | |

So ordered on this \_\_\_\_ day of _____, 2023.

_____
Hon. Ellen L. Hollander, District Judge