## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

-----------------------------------------------------X

DONALD S. WILLEY and THE SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

  -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

        Defendants.

-----------------------------------------------------X

       Case No. 1:23-cv-02299-ELH

       IT IS HEREBY STIPULATED CONSENTED AND AGREED, by and between the undersigned attorneys for Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF," together with Willey, "Plaintiffs") and Defendants Susan E. Webb ("Webb") and Dorchester County ("DC," together with Webb, "Defendants") as follows:

       The deadline for Defendants to respond to the Amended Complaint [ECF 5] and to respond to the Motion for Preliminary Injunction [ECF 15] is extended until October 20, 2023.

       For all purposes of this Stipulation, facsimile and electronic signatures shall be deemed originals for all purposes.

Dated: October 11, 2023

_____/s/_____
Edward Andrew Paltzik, Esq. (#30785)
Serge Krimnus, Esq. (#22072)
Bochner PLLC
1040 Avenue of the Americas, 15th Floor
New York, New York 10018
(516) 526-0341
edward@bochner.law
serge@bochner.law

*Attorneys for Plaintiffs*

_____/s/_____
William C. Dickerson (#10791)
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701
wdickerson@lgit.org

*Attorney for Dorchester County and Susan Webb*

So ordered on this 11th day of $Oct.$, 2023.

Hon. Ellen L. Hollander, District Judge