IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

--------------------------------------------------------X
DONALD S. WILLEY and THE SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

   -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

        Defendants.
--------------------------------------------------------X

Case No. 1:23-cv-02299-ELH

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between the undersigned attorneys for Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF," together with Willey, "Plaintiffs") and Defendants Susan E. Webb ("Webb"), Dorchester County ("DC"), Anthony G. Brown ("Brown"), and James W. Phillips, Jr. ("Phillips") (collectively, "Defendants") as follows:

The deadline for Defendants Webb and DC to respond to Plaintiffs' Amended Complaint [ECF 5] and to respond to Plaintiffs' Motion for Preliminary Injunction [ECF 15] is extended up to and including October 27, 2023.

The deadline for Plaintiffs to respond to Defendants Webb and DC's motions (if any) and their opposition to the Motion for Preliminary Injunction is extended up to and including December 8, 2023.

The deadline for Plaintiffs to respond to Defendants Brown and Phillips' Motion to Dismiss [ECF 25] and to submit a reply brief in support of their Motion for Preliminary Injunction is extended up to and including December 1, 2023.

The deadline for Defendants Brown and Phillips to submit a reply brief in support of their Motion to Dismiss is extended up to and including January 5, 2024.

For all purposes of this Stipulation, facsimile and electronic signatures shall be deemed originals for all purposes.

Dated: October 17, 2023

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Edward Andrew Paltzik, Esq. (#30785) | William C. Dickerson (#10791) |
| Serge Krimnus, Esq. (#22072) | 7225 Parkway Drive |
| Bochner PLLC | Hanover, Maryland 21076 |
| 1040 Avenue of the Americas, 15th Floor | Office (443) 451-1700 |
| New York, New York 10018 | Facsimile (443) 561-1701 |
| (516) 526-0341 | wdickerson@lgit.org |
| edward@bochner.law | |
| serge@bochner.law | *Attorney for Dorchester County and Susan Webb* |
| *Attorneys for Plaintiffs* | |

_____/s/_____
Robert A. Scott, Esq. (#24613)
Ryan R. Dietrich, Esq. (#27945)
Joshua R. Chazen, Esq. (#06837)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7055
rscott@oag.state.md.us

*Attorneys for Anthony G. Brown and James W. Phillips Jr.*

So ordered on this \_\_\_\_ day of _____, 2023.


_____
Hon. Ellen L. Hollander, District Judge