IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DONALD S. WILLEY, ET AL. | * |
| Plaintiffs, | * |
| v. | * Case No.: 1:23-CV-2299-ELH |
| ANTHONY G. BROWN, ET AL. | * |
| Defendants. | * |

\* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Defendants Dorchester County (the "County") and Susan Webb, by undersigned counsel, pursuant to Local Rule 105.1, submit this Memorandum in support of the Motion to Dismiss or in the Alternative for Summary Judgment.

In Opposition to the Motion for Preliminary Injunction, these Defendants incorporate their Memorandum in Support of Motion to Dismiss, as well as the opposing Memorandum submitted by the State of Maryland.

Respectfully submitted,

_____/s/_____
William C. Dickerson
Federal Bar No.  10791
Wdickerson@lgit.org
7225 Parkway Drive
Hanover, Maryland  21076
Office (443) 561-1700
Facsimile (443) 561-1701
Counsel for Defendants
Dorchester County and Webb