IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------------X
DONALD S. WILLEY and THE SECOND
AMENDMENT FOUNDATION,

      Plaintiffs,

  -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

      Defendants.
------------------------------------------------------X

Case No. 1:23-cv-02299-BAH

IT IS HEREBY STIPULATED CONSENTED AND AGREED, by and between the undersigned attorneys for Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF," together with Willey, "Plaintiffs") and Defendants Anthony G. Brown ("Brown") and James W. Phillips, Jr. ("Phillips," together with Brown, "Defendants") as follows:

The deadline for Plaintiffs to oppose Defendants' Motion to Dismiss [ECF 25] and reply in support of their Motion Preliminary Injunction [ECF 15], currently due on December 1, 2023, is extended up to and including December 15, 2023.

The deadline for Defendants to file a reply in support of their Motion to Dismiss [ECF 25], currently due on January 5, 2023, is extended up to and including January 19, 2024.

For all purposes of this Stipulation, facsimile and electronic signatures shall be deemed originals for all purposes.

Dated: November 20, 2023

/s/ Edward Andrew Paltzik
Edward Andrew Paltzik, Esq. (#30785)
Serge Krimnus, Esq. (#22072)
Bochner PLLC
1040 Avenue of the Americas, 15th Floor
New York, New York 10018
(516) 526-0341
edward@bochner.law
serge@bochner.law

*Attorneys for Plaintiffs*

/s/ Robert A. Scott
Robert A. Scott (#24613)
Ryan R. Dietrich (#27945)
Joshua R. Chazen (#06837)
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Office (410) 576-7055
Facsimile (410) 576-6955
rscott@oag.state.md.us

*Attorney for Brown and Phillips*

So ordered on this  21st  day of November 2023.

_____/s/_____
Hon. Brendan Abell Hurson, District Judge