IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

-------------------------------------------------------X
DONALD S. WILLEY and THE SECOND　　　　　Case No. 1:23-cv-02299-ELH
AMENDMENT FOUNDATION,

        Plaintiffs,

   -against-

ANTHONY G. BROWN, in his
official capacity as Attorney General of
Maryland, DORCHESTER COUNTY,
Maryland, SUSAN E. WEBB, personally
and in her official capacity as Director of
Planning & Zoning for Dorchester County,
Maryland, and JAMES W. PHILLIPS, JR.,
personally and in his official capacity as
Sheriff of Dorchester County, Maryland,

        Defendants.
-------------------------------------------------------X

    IT IS HEREBY STIPULATED CONSENTED AND AGREED, by and between the undersigned attorneys for Donald S. Willey ("Willey") and The Second Amendment Foundation ("SAF," together with Willey, "Plaintiffs") and Defendants Anthony G. Brown ("Brown") and James W. Phillips, Jr. ("Phillips," together with Brown, "Defendants") as follows:

    The deadline for Plaintiffs to oppose Defendants' Motion to Dismiss [ECF 25] and reply in support of their Motion Preliminary Injunction [ECF 15], currently due on December 15, 2023, is extended up to and including December 20, 2023.

    The deadline for Defendants to file a reply in support of their Motion to Dismiss [ECF 25], currently due on January 19, 2023, is extended up to and including January 24, 2024.

    For all purposes of this Stipulation, facsimile and electronic signatures shall be deemed originals for all purposes.

Dated: December 12, 2023

| | |
|---|---|
| /s/ Edward Andrew Paltzik | /s/ Robert A. Scott |
| Edward Andrew Paltzik, Esq. (#30785) | Robert A. Scott (#24613) |
| Serge Krimnus, Esq. (#22072) | Ryan R. Dietrich (#27945) |
| Bochner PLLC | Joshua R. Chazen (#06837) |
| 1040 Avenue of the Americas, 15th Floor | 200 Saint Paul Place, 20th Floor |
| New York, New York 10018 | Baltimore, Maryland 21202 |
| (516) 526-0341 | Office (410) 576-7055 |
| edward@bochner.law | Facsimile (410) 576-6955 |
| serge@bochner.law | rscott@oag.state.md.us |
| *Attorneys for Plaintiffs* | *Attorney for Brown and Phillips* |

So ordered on this \_\_\_\_ day of _____, 2023.

_____
Hon. Ellen L. Hollander, District Judge