IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DONALD S. WILLEY ET AL., | * |
| Plaintiffs, | * |
| v. | * |
|  | *   Civil No. 23-2299-BAH |
| ANTHONY G. BROWN ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER[1]

For the reasons stated in the accompanying Memoranda filed this same date, it is this 25th day of July 2024, ORDERED that Plaintiffs' motion for preliminary injunction, ECF 15, is **DENIED**. The Court **DENIES** Brown's and Webb's motions to dismiss, ECFs 25, 28, without prejudice to be re-filed pending resolution of two certified questions filed with the Supreme Court of Maryland by separate document.

/s/
Brendan A. Hurson
United States District Judge

---

[1] This Order VACATES and REPLACES the Order docketed at ECF 42 to correct the ECF docket citations.