IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD S. WILLEY, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-02299-BAH |
| ANTHONY G. BROWN, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between the undersigned attorneys for Donald S. Willey and The Second Amendment Foundation ("Plaintiffs") and Defendants Susan E. Webb, Dorchester County, Anthony G. Brown and James W. Phillips, Jr. (collectively, "Defendants") as follows:

1. Plaintiffs shall have 30 days after the Supreme Court of Maryland issues its mandate on the certified questions issued by this Court (ECF 43) in which to file a second amended complaint. For the avoidance of doubt, Defendants consent to the filing of a second amended complaint.

2. Defendants' deadline to respond to the first amended complaint or the second amended complaint is extended to 60 days after the Supreme Court of Maryland issues its mandate on the certified questions issued by this Court (ECF 43) or 30 days after Plaintiffs file their second amended complaint, whichever is later.

Dated: August 7, 2024

_____/s/_____
Edward Andrew Paltzik, Esq. (#30785)
Serge Krimnus, Esq. (#22072)
Bochner PLLC
1040 Avenue of the Americas, 15th Floor
New York, New York 10018
(516) 526-0341
edward@bochner.law
serge@bochner.law


Attorneys for Plaintiffs


_____/s/_____
Robert A. Scott, Esq. (#24613)
(Signed by Edward Paltzik with permission of Robert A. Scott, Esq.)
Ryan R. Dietrich, Esq. (#27945)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7055
rscott@oag.state.md.us

Attorneys for Defendants Anthony G. Brown and James W. Phillips Jr.


_____/s/_____
William C. Dickerson (#10791)
(Signed by Edward Paltzik with permission of William C. Dickerson)
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701
wdickerson@lgit.org

Attorney for Defendants Dorchester County and Susan Webb

So ordered on this _____ day of _____, 2024.


_____
Hon. Brendan Abell Hurson

3