

# Supreme Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Gregory Hilton,
Clerk

(410) 260-1500

August 13, 2024

Catherine M. Stavlas, Clerk of the Court
U.S District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD   21201

Re:   *Donald S. Willey et al. v. Anthony G. Brown et al.*
      Misc. No. 5, September Term, 2024

Dear Ms. Stavlas:

The Supreme Court of Maryland has received the certification order issued by the United States District Court for the District of Maryland in *Donald S. Willey et al. v. Anthony G. Brown et al.,* Civ. No. 23-2299-BAH. Pursuant to Title 12, Subtitle 6 of the Court's and Judicial Proceedings Article of the Maryland Code, the Supreme Court of Maryland accepts the question certified to it.  This case has been scheduled for oral argument during the December 2024 session of Court.

Sincerely,

Gregory Hilton
Clerk

Copy to:   All Counsel of Record