

# Supreme Court of Maryland

Misc. No. 5

September Term, 2024

Donald S. Willey et al. v. Anthony G. Brown et al.

# **MANDATE**

Certified Question from the United States District Court for the District of Maryland

On the 30th day of December 2024 it was ordered and adjudged by the Supreme Court of Maryland:

ORDERED, by the Supreme Court of Maryland, a majority of the Court concurring, that the certified questions are returned to the United States District Court for further consideration in that Court in light of the State Defendants changes in position and the current posture of the case.
**Per Curiam Order**

See attached Statement of Costs.

# MANDATE - STATEMENT OF COSTS
## Supreme Court of Maryland

SCM-MISC-0005-2024

**Donald S. Willey et al. v. Anthony G. Brown et al.**

**Appellant**

| | | |
|---|---|---:|
| Second Amendment Foundation, Inc. | Special Admission - Out-of-State Attorney | 100.00 |
| | Special Admission - Out-of-State Attorney | 100.00 |
| | Special Admission - Out-of-State Attorney | 100.00 |
| | **Appellant Total** | **300.00** |
| Donald S. Willey | Reply Brief<br>Reply Brief of Appellants | 63.36 |
| | Record Extract | 403.20 |
| | Filing Fees - Other<br>Certified Question of Law (1/2) | 30.50 |
| | Brief<br>Brief of Appellants Donald S. Willey and the Second Amendment Foundation | 109.44 |
| | **Appellant Total** | **606.50** |

**Appellee**

| | | |
|---|---|---:|
| Anthony G. Brown | Brief<br>Brief of Appellees | 67.20 |
| | Filing Fees - Other<br>Certified Question of Law (1/2) | 30.50 |
| | **Appellee Total** | **97.70** |
| | **Total Costs** | **1,004.20** |

*STATE OF MARYLAND, ss:*

*I do hereby certify that the foregoing is truly taken from the records and proceedings of the said Supreme Court of Maryland.*
*In testimony whereof, I have hereunto set my hand as Clerk and affixed the seal of the Supreme Court of Maryland this 29th day of January, 2025.*

*Gregory Hilton*
*Clerk of the Supreme Court of Maryland*

**Costs shown on this Mandate are to be settled between counsel and <u>NOT THROUGH THIS OFFICE.</u>**