**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DONALD S. WILLEY, ET AL.** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Case No.: 1:23-CV-2299-BAH** |
| **SUSAN WEBB.** | * | |
| **Defendant.** | * | w |

* * * * * * *

**<u>MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION FOR SANCTIONS</u>**

Defendant Susan Webb, by undersigned counsel, pursuant to Local Rule 105.1 and Fed Rule Civ. Proc. 37 (d), submits this Memorandum in support of her Motion for Sanctions for failing to respond to interrogatories and document requests.

On June 26, 2026, this Defendant served interrogatories and a request for production of documents on Plaintiff Donald Willey's prior counsel. *See*, Exhibit 1, Notice of Discovery, Interrogatories and Request for Production of Documents. Defendant has never received a response to either set of discovery requests. Defendant certifies that good faith attempts have been made to secure responses, as follows.

On July 28, 2026, counsel emailed Plaintiff's prior counsel inquiring as to when responses would be received and requesting dates to take Plaintiff's deposition. *See*, email attached as Exhibit 2. Defendant received no response, although on August 4, 2026, Plaintiff's then counsel filed a Motion to Withdraw as counsel (ECF 132) that the Court granted on August 13, 2026. (ECF 133).

On August 27, 2026, counsel mailed the letter attached as Exhibit 3, that recounted the history and transmitted hard copies of what had been sent to Plaintiff's former counsel in June. Mr. Willey then called counsel's office and phone calls were exchanged without connection. Counsel's staff reached out to Mr. Willey to obtain an email address, which he supplied and on September 9, counsel sent the attached emails (Exhibit 4) to which no response has been received, and followed up again by email the morning of September 22, indicating that if there was no immediate response by close of business on September 23, 2026, a Motion for Sanctions would be filed.

Defendant respectfully submits that sanctions are warranted due to the continued failure to respond to the discovery requests and respectfully requests that the Court impose sanctions pursuant Rule 37 (d) in the Court's discretion, by way of awarding fees and expenses, precluding claims and/or dismissal of the suit.

Respectfully submitted,

___________/s/_____________

William C. Dickerson
Federal Bar No. 10791
Wdickerson@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 561-1700
Facsimile (443) 561-1701
Counsel for Defendant
Susan Webb